UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Janis L. Sammartino)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 21 CR 2127-JLS |
| Plaintiff, | ) ) | **Order on Joint Motion for** |
| vs. | ) | **Continuance and Exclusion of** |
| | ) ) | **Time Under Speedy Trial Act** |
| ALBERT AGUDO, et al., | ) ) | |
| Defendants. | ) | |

The defendants, Albert Agudo (1) and Jose Agudo (2), and the United States of America jointly move to continue the motion hearing/trial setting set for October 8, 2021, at 1:30 p.m. to November 19, 2021, at 1:30 p.m. The parties also jointly move to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

For the reasons stated in the joint motion, incorporated by reference herein, the Court finds that the ends of justice are served by granting the requested continuance.

IT IS ORDERED that the joint motion is granted and the motion hearing/trial setting shall be continued to November 19, 2021, at 1:30 p.m.

IT IS FURTHER ORDERED that the period of delay from the filing of the joint

motion until November 19, 2021, shall be excluded in computing the time under the Speedy Trial Act, 18 U.S.C. § 3161. The defendants shall file an acknowledgment of next court date.

**IT IS SO ORDERED.**

Dated: October 6, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge